IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| STEELSAFE SHELTERS, INC. AND CHRIS WOOD, | ) ) ) | |
| PLAINTIFFS, | ) ) | |
| V. | ) ) ) | CIVIL ACTION NO.: |
| JAMES B. PUGH AND PUGH ENGINEERING SERVICES, LLC | ) ) ) ) | 3:17-cv-01336-UJH-RDP |
| DEFENDANTS. | ) | |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the defendant(s) _____

_____  James B. Pugh, 335 Peck Mountain Road, Eva, Alabama 35621  _____

by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal

Rules of Civil Procedure 4(e)(1).

_____
Signature of Attorney